UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00239

**Corey Moody,**
*Plaintiff,*

v.

**Maxey Cerliano et al.,**
*Defendants.*

### ORDER

This civil rights action was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b)(3). On December 14, 2020, the magistrate judge issued a report recommending that the case be dismissed without prejudice for plaintiff's failure to comply with an order of the court. Doc. 23. As of the date of this order, plaintiff has not objected to the magistrate judge's report and recommendation.

When no party objects to the magistrate judge's report, the court reviews the record only for clear error. *See Douglass v. United States Servs. Auto. Ass'n*, 79 F.3d 1415,1420 (5th Cir. 1996) (en banc). Having reviewed the magistrate judge's report, the court **accepts** its findings and recommendation. The above-styled civil action is **dismissed without prejudice** for failure to comply with an order of the court.

*So ordered by the court on January 8, 2021.*

J. CAMPBELL BARKER
United States District Judge